IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR/A No. 4:20-cr-512-DCC-1 |
| | ) | |
| v. | ) | **ORDER FOR ACCESS TO** |
| | ) | **DISCOVERY BY DEFENDANT** |
| TREVOR RAEKWON SEWARD, | ) | **AT WILLIAMSBURG COUNTY** |
| | ) | **DETENTION CENTER** |
| Defendant. | ) | |
| | ) | |

Defendant Trevor Raekwon Seward, through his counsel and with the consent of Assistant United States Attorney Nick Bianchi, has requested that he have meaningful access to the evidence in his case. Because of the significant amount of discovery and the fact that Seward is in custody at the Williamsburg County Detention Center, this Court grants the request to allow discovery to be possessed at the detention center with the following provisions. This order constitutes an exception to the Order Governing Discovery (ECF No. 16) already in place in this case.

The Government has provided electronic copies of the discovery to Seward's attorneys, the contents of which shall be loaded onto the hard drive of a laptop, which is labeled with Defendant Seward's name and is property of CJA Appointed Attorney Lindsey S. Vann. There shall be no other discovery on the laptop from any other case, and the laptop shall not have internet access.

This Court orders the Williamsburg County Detention Center to make the laptop available to Seward while his is in custody at the facility at reasonable times in an interview room, conference room, or other appropriate place. Seward shall not be allowed to retain possession of the laptop or have it in his cell or among his personal possessions. When not in use, the laptop shall be kept under lock and key by the facility. The laptop shall be password protected, and Seward and his counsel shall have a unique user identification and password combination.

1

Seward's counsel will be available to meet with staff at the detention center, if requested, for a review of the laptop.  Seward is permitted to take notes while he reviews the discovery using the Notepad program document titled "Trevor Seward Discovery Notes," but he may not take notes using any other method, including but not limited to written notes on paper.  Seward is not allowed to provide access to the laptop to any other individual, nor is the jail allowed to provide access to any other individual other than Seward.  Failure to abide by the restrictions of this Order may result in punishment for contempt of court.

    **IT IS SO ORDERED.**

                                        s/ Donald C. Coggins, Jr.
                                        United States District Judge

November 18, 2020
Spartanburg, South Carolina